FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

July 20, 2021

No. 04-21-00173-CR

Uzziel N. Munoz **CRUZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 5, Bexar County, Texas
Trial Court No. 549370
Honorable John Longoria, Judge Presiding

# O R D E R

The motions for extension of time to file the record and appellant's brief are granted. We order court reporters Kayleen Rivera and Pattie Garcia to file the reporter's record by August 19, 2021. We order appellant's brief due thirty days after the record is filed.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of July, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court